IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CIVIL NO. 3:23-CV-00769 |
| v. | ) | |
| | ) | |
| THE REAL PROPERTY LOCATED AT 8717 WINDSONG DRIVE, CHARLOTTE, NORTH CAROLINA, MORE PARTICULARLY DESCRIBED IN A DEED RECORDED AT BOOK 10641, PAGE 151 IN THE MECKLENBURG COUNTY REGISTER OF DEEDS | ) ) ) ) ) ) ) ) | NOTICE OF SERVICE |

NOW COMES the United States of America, Plaintiff herein, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and submits that pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States sent notice of the Complaint for Forfeiture *in rem* (Doc. 1) via Federal Express to those individuals and/or entities who the United States determined reasonably appeared to be potential petitioners asserting interests in the property.

| Notice Sent[1] | Party Name | Disposition (Exhibit A) |
|---|---|---|
| 11/15/2023 | Jimmie McMillan | Delivered 11/17/2023 |
| 11/15/2023 | Helen McMillan | Delivered 11/17/2023 |

In addition, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 21, 2023. (Exhibit B)

This 10th day of January, 2024.

---

[1] The United States identified an administrative typographical error in the first Notice sent on November 15, 2023 and in an abundance of caution sent a second Notice to potential petitioners after correcting the error.

1

DENA J. KING
UNITED STATES ATTORNEY

/s/ Seth Johnson
J. Seth Johnson
Texas Bar No. 24083259
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 338-3159
Email: seth.johnson@usdoj.gov